## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYSMEX CORPORATION and SYSMEX AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-1642-RGA-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BECKMAN COULTER, INC., | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFFS' PROPOSED STIPULATION AND ORDER REGARDING CASE DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and consistent with the Court's direction on the February 8, 2021 discovery teleconference, that the following deadlines in the Scheduling Order (D.I. 29) are extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Completion of fact discovery | February 5, 2021 | April 9, 2021: only for outstanding depositions properly served before the original February 5, 2021 discovery cutoff date and for the parties to complete review of source code. No new discovery requests may be served. |
| Final infringement contentions | February 12, 2021 | April 16, 2021 |
| Final invalidity contentions | March 5, 2021 | May 7, 2021 |
| Expert reports (burden of proof) | March 26, 2021 | May 28, 2021 |
| Expert reports (Rebuttal) | April 16, 2021 | June 18, 2021 |
| Expert reports (reply) | May 7, 2021 | July 9, 2021 |
| Expert deposition deadline | May 28, 2021 | July 30, 2021 |
| Dispositive and Daubert motions | June 25, 2021 | August 27, 2021 |
| Dispositive and Daubert motion responses | July 16, 2021 | September 20, 2021 |

| Dispositive and Daubert motion replies | July 30, 2021 | October 4, 2021 |
| Dispositive and Daubert motion hearing | August 13, 2021 | October 15, 2021 at 10:00 am |
| Pretrial conference | November 19, 2021 (9:00 am) | February 4, 2022 at 9:00 am |
| Trial | December 6, 2021 (9:30 am) | February 14, 2022 at 9:00 am |

No other deadlines are changed by this Stipulation.

/s/
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Plaintiffs*

/s/
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
Steven W. Lee (#6676)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

*Attorneys for Defendant*

Dated: February 10, 2021

SO ORDERED this  11th  day of February, 2021.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

**Error! Unknown document property name.**