# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSMEX CORPORATION and SYSMEX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BECKMAN COULTER, INC., <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 19-1642-RGA-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs Sysmex Corporation and Sysmex America, Inc.'s Motion To Compel, and all related pleadings and argument:

IT IS HEREBY ORDERED that

1. Plaintiffs' Motion To Compel is GRANTED.

2. Defendant shall produce John Roche's annotations of Dr. Robinson's validity report on or before November 5, 2021.

3. Defendant shall make Mr. Roche available to appear for deposition to complete re-cross examination of him on or before November 12, 2021, unless the parties mutually agree to a later date. The additional re-cross examination shall be limited to 90 minutes on the record. If more time is needed due to improper delay, Sysmex shall contact the Court to request additional time.

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE