**BCI objects to certain of Sysmex's redactions to Exhibit 1**

# EXHIBIT 1

BCI Objects to Sysmex's Redactions
Case 1:19-cv-01642-RGA-CJB   Document 381-1   Filed 10/27/21   Page 2 of 13 PageID #: 15648
Masanori Imazu Volume I Highly Confidential - Attorneys' Eyes Only
September 27, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| SYSMEX CORPORATION and | : | |
| SYSMEX AMERICA, INC., | : | |
| Plaintiffs, | : | Civil Action No. |
| v. | : | 19-1642-RGA-CJB |
| BECKMAN COULTER, INC., | : | |
| Defendant. | : | Volume I |

- - - - - - - - - - - - - - -x

Videotaped remote deposition of Masanori Imazu

September 27, 2021

2007 UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Job No.: 1094064

Pages: 1 - 70

Reported By: Alan H. Brock, RDR, CRR

| | | |
|---|---|---|
| 1 | A. Yes. | 17:31 |
| 2 | Q. Are there any documents of which you are | 17:31 |
| 3 | aware that would indicate that you are the one who | 17:31 |
| 4 | conceived of an automatic way to clean blood cells | 17:31 |
| 5 | in a measurement device? | 17:31 |
| 6 | A. No, I don't recall any documents that | 17:32 |
| 7 | indicates that fact. | 17:32 |
| 8 | Q. Okay. Sir, let me show you a document that | 17:32 |
| 9 | was provided to us by Sysmex as part of the legal | 17:32 |
| 10 | proceeding, and it's entitled Plaintiff Sysmex | 17:32 |
| 11 | Corporation's Second Supplemental Responses to | 17:32 |
| 12 | Beckman Coulter, Inc.'s First Set of Interrogatories | 17:32 |
| 13 | No. 1. It should be on the share box. And I'd like | 17:32 |
| 14 | to show you a couple of pages from this document. | 17:33 |
| 15 | THE VIDEOGRAPHER: Counsel, do you have | 17:34 |
| 16 | a name that I can refer to? | 17:34 |
| 17 | MR. MUELLER: Yeah. It's SCorp's Second | 17:34 |
| 18 | Supplemental Rog. Response No. 1. And let's mark it | 17:34 |
| 19 | as Exhibit 171. | 17:34 |
| 20 | (DDX Exhibit 171 marked for | 17:34 |
| 21 | identification.) | 17:35 |
| 22 | Q. Do you see Defendant's Exhibit 171, Mr. | 17:35 |
| 23 | Imazu? | 17:35 |
| 24 | A. Yes, I can see it. | 17:35 |
| 25 | Q. And I'd like to refer you first to Page 4 | 17:35 |

BCL Objects to Sysmex's Redactions.

| | | |
|---|---|---|
| 1 | of the document, which is a supplemental response -- | 17:35 |
| 2 | or a second supplemental response. | 17:35 |
| 3 | And do you see the third sentence, which | 17:36 |
| 4 | says, "The named inventors of the '350 and '351 | 17:36 |
| 5 | patents, Takaaki Nagai, Noriyuki Narisada, Daigo | 17:36 |
| 6 | Fukuma, and Masanori Imazu, were all involved with | 17:36 |
| 7 | and worked together in the development of the | 17:36 |
| 8 | XE-5000"? | 17:36 |
| 9 | A.  Yes, I see the sentence that shows what you | 17:37 |
| 10 | said. | 17:37 |
| 11 | Q.  Do you agree with that statement? | 17:37 |
| 12 | A.  When you say "that statement," are you | 17:37 |
| 13 | referring to the sentence that you just referred to | 17:37 |
| 14 | earlier? | 17:37 |
| 15 | Q.  Yes.  Do you agree with the sentence, "The | 17:37 |
| 16 | named inventors of the '350 and '351 patents, | 17:37 |
| 17 | Takaaki Nagai, Noriyuki Narisada, Daigo Fukuma, and | 17:37 |
| 18 | Masanori Imazu, were all involved with and worked | 17:38 |
| 19 | together in the development of the XE-5000"? | 17:38 |
| 20 | A.  Yes. | 17:38 |
| 21 | Q.  Do you also agree with the next sentence, | 17:38 |
| 22 | that "Mr. Imazu was the team leader until sometime | 17:38 |
| 23 | during the summer/early fall of 2006"? | 17:38 |
| 24 | A.  Yes. | 17:39 |
| 25 | Q.  Do you agree with the next sentence, that | 17:39 |

| | | |
|---|---|---|
| 1 | "Mr. Imazu's contributions included development and | 17:39 |
| 2 | work on the body fluid mode functionality and | 17:39 |
| 3 | operation in the XE-5000"? | 17:39 |
| 4 | A. I'm sorry, can you actually point to which | 17:41 |
| 5 | sentence that was again? | 17:41 |
| 6 | THE INTERPRETER: Shall I point to him, | 17:41 |
| 7 | as an interpreter? | 17:41 |
| 8 | MR. MUELLER: Yes. | 17:41 |
| 9 | A. Yes, I agree. | 17:41 |
| 10 | Q. Do you also agree that "Mr. Nagai took over | 17:41 |
| 11 | as the leader of the XE-5000 development team at the | 17:41 |
| 12 | time"? | 17:42 |
| 13 | MR. SOBIERAJ: Objection to the form of | 17:42 |
| 14 | the question, lack of foundation. | 17:42 |
| 15 | I'm sorry, I withdraw my objection. | 17:42 |
| 16 | A. Yes, I agree. | 17:42 |
| 17 | Q. And so, to summarize, you agree that Mr. | 17:42 |
| 18 | Nagai took over as the leader of the XE-5000 | 17:42 |
| 19 | development team sometime in the summer/early fall | 17:42 |
| 20 | of 2006? Is that right? | 17:42 |
| 21 | A. Yes, that is my recollection. | 17:43 |
| 22 | Q. Now, did you continue to work on the | 17:43 |
| 23 | XE-5000 team after Mr. Nagai took over as the leader | 17:43 |
| 24 | of the development? | 17:43 |
| 25 | A. Actually, no. Once I left the position as | 17:44 |

| | | |
|---|---|---|
| 1 | ==the leader of the XE-5000 project, I also left the== | 17:44 |
| 2 | ==project as well.== | 17:44 |
| 3 | ==Q.  Did you continue to check in from time to== | 17:44 |
| 4 | ==time to see how the team was doing?== | 17:44 |
| 5 | ==A.  No, I don't remember doing such a thing.== | 17:45 |
| 6 | Q.  Now, you see in the next sentence where the | 17:45 |
| 7 | statement is made that Mr. Nagai's contributions | 17:45 |
| 8 | included measurement time considerations in the | 17:45 |
| 9 | XE-5000 in connection with work on the body fluid | 17:45 |
| 10 | measurement functionality? | 17:45 |
| 11 | A.  Yes, I see that sentence. | 17:46 |
| 12 | Q.  Do you recall Mr. Nagai working on | 17:46 |
| 13 | measurement time considerations in connection with | 17:46 |
| 14 | the body fluid measurement functionality while you | 17:46 |
| 15 | were the team leader? | 17:46 |
| 16 | A.  Whether Mr. Nagai was involved in any way | 17:46 |
| 17 | in terms of the time consideration in connection | 17:47 |
| 18 | with the functionality of the body fluid measurement | 17:48 |
| 19 | mode I don't remember. | 17:48 |
| 20 | Q.  But you don't recall that Mr. Nagai was | 17:48 |
| 21 | working on measurement time considerations on the | 17:48 |
| 22 | body fluid measurement functionality while you were | 17:48 |
| 23 | the project leader; correct? | 17:48 |
| 24 | MR. SOBIERAJ:  Objection to the form of | 17:48 |
| 25 | the question. | 17:49 |

```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - -x

SYSMEX CORPORATION and         :

SYSMEX AMERICA, INC.,          :

           Plaintiffs,         :   Civil Action No.

    v.                         :   19-1642-RGA-CJB

BECKMAN COULTER, INC.,         :

           Defendant.          :     Volume II

- - - - - - - - - - - - - - -x



           Continued videotaped remote deposition of

                      Masanori Imazu

                   September 28, 2021

                        1955 UTC




         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY








Job No.: 1094080

Pages: 71 - 151

Reported By: Alan H. Brock, RDR, CRR
```

| | | |
|---|---|---|
| 1 | answer. | 16:15 |
| 2 | ████████████████████████████████ | 16:16 |
| 3 | ████████████████████████████████ | 16:16 |
| 4 | ████████████████████████████████ | 16:16 |
| 5 |        MR. SOBIERAJ: Objection, lack of | 16:16 |
| 6 | foundation. | 16:17 |
| 7 |   A. Can you repeat the names of the three | 16:17 |
| 8 | people again, please? | 16:17 |
| 9 |   Q. Sir, referring to the last page of | 16:17 |
| 10 | Defendant's Exhibit 173: ███████████████ | 16:17 |
| 11 | ████████████████████████████████ | 16:17 |
| 12 | ████████████████████████████████ | 16:17 |
| 13 |        MR. SOBIERAJ: Objection, lack of | 16:17 |
| 14 | foundation. | 16:17 |
| 15 | ████████████████████████████████ | 16:18 |
| 16 | ████████████████████████████████ | 16:18 |
| 17 | ████████████████████████████████ | 16:18 |
| 18 | ████████████████████████████████ | 16:18 |
| 19 | ████████████████████████████████ | 16:18 |
| 20 |   A. No, because I do not remember about this | 16:19 |
| 21 | attachment file, as far as who these three people | 16:19 |
| 22 | are listed on the bottom of this page, I am not able | 16:19 |
| 23 | to answer. | 16:19 |
| 24 |   Q. In 2005, when you would have received this | 16:19 |
| 25 | communication, you would not have believed these | 16:19 |

BCI Objects to Sysmex's Redactions
Case 1:19-cv-01642-RGA-CJB   Document 381-1   Filed 10/27/21   Page 9 of 13 PageID #: 15655
Masanori Imazu Volume II Highly Confidential - Attorneys' Eyes Only
September 28, 2021

```
 1   individuals to have been employees of Sysmex Corp.;              16:19
 2   correct?                                                         16:19
 3             MR. SOBIERAJ:  Objection, lack of                      16:20
 4   foundation and form.                                             16:20
 5      A.   I wasn't able to understand your question                16:20
 6   too well, so can you repeat it again, please?                    16:20
 7      Q.   Do you believe that when you received this               16:20
 8   email and attachment in 2005 you would have                      16:20
 9   understood the authors of the attachment to have                 16:21
10   been employees of Sysmex Corp.?                                  16:21
11             MR. SOBIERAJ:  Objection, lack of                      16:21
12   foundation and form.                                             16:21
13      A.   Well, I do not remember about this email                 16:22
14   and the attachment file, I do not know about these               16:22
15   three people, and therefore I am not able to answer.             16:22
16      Q.   So your testimony today is that you have no              16:22
17   recollection of [REDACTED]?                                      16:22
18      A.   Yes, that is correct.  I do not know -- I                16:23
19   do not know this person, [REDACTED].                             16:23
20      Q.   And you also do not know [REDACTED]?                     16:23
21      A.   Yes, that is correct.  I do not know this                16:23
22   person, [REDACTED].                                              16:23
23      Q.   And you have no recollection of                          16:23
24   [REDACTED]?                                                      16:23
25      A.   Yes, that is correct.  I have absolutely no              16:24
     [REDACTED]
```

| | | |
|---|---|---|
| 1 | recollection. | 16:24 |
| 2 | Q. And the same with ▇▇▇▇▇? I presume | 16:24 |
| 3 | you have no recollection of ▇▇▇▇▇? | 16:24 |
| 4 | A. Yes, that is correct. I do not know this | 16:24 |
| 5 | person, ▇▇▇▇▇. | 16:24 |
| 6 | Q. Is it also your testimony that you have no | 16:24 |
| 7 | recollection of ▇▇▇▇▇? | 16:24 |
| 8 | A. Yes, that is correct. I do not have any | 16:25 |
| 9 | recollection of this ▇▇▇▇▇ | 16:25 |
| 10 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 16:25 |
| 11 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 16:25 |
| 12 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 16:25 |
| 13 | MR. SOBIERAJ: Objection, lack of | 16:26 |
| 14 | foundation. | 16:26 |
| 15 | A. Right, I do not know this ▇▇▇▇▇. | 16:26 |
| 16 | Q. And you would not have known who | 16:26 |
| 17 | ▇▇▇ was in 2005? Is that your testimony? | 16:26 |
| 18 | A. Since I have absolutely no recollection of | 16:27 |
| 19 | this name ▇▇▇▇▇, I am not able to answer. | 16:27 |
| 20 | Q. And the attachment in Defendant's Exhibit | 16:27 |
| 21 | 173 does not refresh your recollection at all; is | 16:27 |
| 22 | that correct? | 16:27 |
| 23 | A. That is correct. I have no recollection of | 16:27 |
| 24 | ▇▇▇▇▇. | 16:28 |
| 25 | Q. But you do have a recollection of a ▇▇▇▇▇▇▇▇▇▇ | 16:28 |

```
 1              (DDX Exhibit 178 marked for           21:58
 2      identification.)                              21:59
 3              MR. SOBIERAJ:  Is there also a        21:59
 4      translation?                                  21:59
 5              MR. MUELLER:  Yeah, I think those were 21:59
 6      marked.  Or --                                21:59
 7              THE VIDEOGRAPHER:  I just uploaded them. 21:59
 8         Q.   Have you had a chance to review Exhibit 22:00
 9      178, Mr. Imazu?                               22:00
10         A.   Yes, I can see it right now.          22:00
11         Q.   This is an email from you?            22:00
12         A.   Yes, I can confirm that my name is listed 22:00
13      in the "from" section.                        22:00
14         Q.   And the email is dated January 31st, 2014; 22:00
15      correct?                                      22:01
16         A.   Yes, I can confirm that in the "sent" 22:01
17      section the date is listed as January 31st, 2014. 22:01
18         Q.   Can you also confirm that the email   22:01
19      reflects your understanding of why you should have 22:01
20      been named an inventor on what became the patents- 22:01
21      in-suit?                                      22:01
22         A.   Yes, I can confirm that that is what is 22:02
23      described in here.                            22:02
24         Q.   And can you read into the record beginning 22:03
25      at the fifth line down through the ninth line of the 22:03
```

```
 1   email?                                                     22:03
 2       A.  When you say the fifth line, which part do         22:03
 3   I start with?                                              22:03
 4       Q.  If I could read Japanese, I would tell you.        22:03
 5           The text that begins after the                     22:03
 6   hyperlink.                                                 22:03
 7       A.  So that will be the sentence right -- that         22:04
 8   follows right after the link; right?                       22:04
 9       Q.  Correct.                                           22:04
10                                                              22:06
11                                                              22:06
12                                                              22:06
13                                                              22:06
14                                                              22:06
15                                                              22:06
16                                                              22:07
17                                                              22:07
18                                                              22:07
19                                                              22:07
20                                                              22:07
21                                                              22:07
22                                                              22:07
23                                                              22:07
24                                                              22:07
25                                                              22:07
```

| | | |
|---|---|---|
| 1 | [redacted] | 22:08 |
| 2 | [redacted] | 22:08 |
| 3 | [redacted] | 22:08 |
| 4 | Q.  Now, is the explanation -- | 22:08 |
| 5 | MR. SOBIERAJ:  Wes, I think we're over | 22:08 |
| 6 | the amount of available time you have.  I'll allow | 22:08 |
| 7 | you to ask a few more questions, but then we need | 22:08 |
| 8 | to -- | 22:08 |
| 9 | MR. MUELLER:  I'm going to try -- I'll | 22:08 |
| 10 | try and wrap it up.  Thanks, counsel. | 22:08 |
| 11 | Q.  Now, my question, Mr. Imazu, is whether the | 22:08 |
| 12 | explanation that you just read from Exhibit 178 is | 22:08 |
| 13 | consistent with your recollection of your | 22:08 |
| 14 | contribution to the conception of the subject matter | 22:08 |
| 15 | of the '350 and '351 patents? | 22:08 |
| 16 | MR. SOBIERAJ:  Objection to the form of | 22:09 |
| 17 | the question. | 22:10 |
| 18 | A.  Not that I remember the specifics of this | 22:10 |
| 19 | email.  But I believe overall they are consistent, | 22:10 |
| 20 | and that is my recollection. | 22:10 |
| 21 | MR. MUELLER:  And let me ask the court | 22:10 |
| 22 | reporter to quickly move over Exhibit JJ and mark | 22:10 |
| 23 | that as Exhibit 179. | 22:10 |
| 24 | MR. SOBIERAJ:  I'm not going to -- we're | 22:10 |
| 25 | over the time limit, counsel.  I'm not going to | 22:10 |