# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             IN AND FOR THE DISTRICT OF DELAWARE

 3
        SYSMEX CORPORATION, et al.,      )
 4                                       )
        --------------------Plaintiffs,)
 5                                       )Case No.
                vs.                      )19-1642-RGA-CJB
 6                                       )
        BECKMAN COULTER, INC.,           )
 7                                       )
        --------------------Defendant.  )
 8

 9
             TRANSCRIPT OF MOTION TO STRIKE AND DISCOVERY
10                            DISPUTE

11

12

13             MOTION TO STRIKE AND DISCOVERY DISPUTE

14      had before the Honorable Christopher J. Burke,

15      U.S.M.J., via teleconference on the 3rd of

16      August, 2021.

17

18                           APPEARANCES

19           RICHARDS, LAYTON & FINGER, P.A.
                BY: KELLY E. FARNAN, ESQ.
20
                           -and-
21
             CROWELL & MORING, LLP
22              BY: JAMES SOBIERAJ, ESQ.
                JOSHUA JAMES, ESQ.
23
                              Counsel for Plaintiffs
24

25
```

```
 1          (Appearances continued.)

 2

 3          YOUNG, CONAWAY, STARGATT & TAYLOR
               BY: MELANIE SHARP, ESQ.
 4
                        -and-
 5
            LEYDIG, VOIT & MAYER, LTD.
 6             BY: DAVID M. AIRAN, ESQ.
               WALLACE H. FENG, ESQ.
 7             AARON R. FEIGELSON, PhD.

 8                              Counsel for Defendant

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        that you seem to be saying we think Mr. Imazu's

2        testimony is going to be relevant to an

3        inequitable conduct issue.  Is that the only

4        issue Mr. Imazu's testimony is going to be

5        relevant to, or are there other issues,

6        potentially, where you say we need to get his

7        testimony because it's going to be relevant to

8        other liability issues in the case,

9        potentially?  We tend ask questions that go to

10       other liability issues that might also relate

11       to summary judgment arguments.

12            Is there anything more you want to say

13       there about how his testimony is relevant to

14       the other issues in the case?

15            MR. FENG:  Yes, Your Honor.  There

16       are other validity issues that Mr. Imazu -- we

17       believe that Mr. Imazu has knowledge of.  The

18       fact Mr. Imazu has special knowledge -- it

19       appears from the document production that

20       Mr. Imazu may have special knowledge during

21       production and development of the two measuring

22       modes that's recited in the patent, and there

23       are e-mails suggesting that the alleged

24       invention had been invented by individuals

25       other than the named inventors.

1          So along with the four named inventors of

2     the asserted patent, Mr. Imazu was the only one

3     whose name appeared on the e-mails.  In an

4     expert deposition last week, we asked Sysmex's

5     technical expert about one of these documents,

6     and he didn't know anything about it.

7          In other words, Mr. Imazu may have

8     knowledge about facts that go to one or two

9     inventorship defenses, and the only way to get

10    that information is through a deposition of

11    him.

12          THE COURT:  So it has to do with an

13    inventorship defense and potentially a product

14    defense, not necessarily infringement or

15    validity issues; is that right?

16          MR. FENG:  I mean, those -- Your

17    Honor, those defenses have to go -- I mean, at

18    least one or two inventorship defenses has to

19    do with invalidity.

20          THE COURT:  I should have said not

21    with respect to other invalidity issues other

22    than that.

23          MR. FENG:  I mean, at this moment, I

24    mean, we have information that Mr. Imazu is a

25    longtime Sysmex employee and has been employed