# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSMEX CORPORATION and SYSMEX AMERICA, INC., </br></br>Plaintiffs,</br></br>v.</br></br>BECKMAN COULTER, INC.,</br></br>Defendant. | )</br>)</br>)   C.A. No. 19-1642-RGA-CJB</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS OF JOHN W. ROCHE AND MITCHELL B. ROSEN

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579, 589 (1993), Plaintiffs respectfully move this Court to exclude certain opinions of John W. Roche and Mitchell B. Rosen.

The grounds for this motion are set forth in Plaintiffs' combined opening brief filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:</br></br>James R. Sobieraj</br>Robert S. Mallin</br>Joshua H. James</br>Daniel A. Parrish</br>Crowell & Moring</br>455 North Cityfront Plaza Dr., Suite 3600</br>Chicago, IL 60611-5599</br></br>Alexis White</br>Crowell & Moring LLP</br>1001 Pennsylvania Avenue NW</br>Washington, DC 20004-2595</br></br>Dated: November 30, 2021 | */s/ Kelly E. Farnan*</br>Kelly E. Farnan (#4395)</br>Renée Mosley Delcollo (#6442)</br>Richards, Layton & Finger, P.A.</br>One Rodney Square</br>920 North King Street</br>Wilmington, DE 19801</br>302-651-7700</br>farnan@rlf.com</br>delcollo@rlf.com</br></br>*Attorneys for Plaintiffs Sysmex Corporation and Sysmex America, Inc.* |