## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSMEX CORPORATION and SYSMEX AMERICA, INC., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BECKMAN COULTER, INC., | ) ) |
| Defendant. | ) |

C.A. No. 19-1642-RGA-CJB

**JURY TRIAL DEMANDED**

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for the parties to file public versions of their respective summary judgment and *Daubert* motion opening briefs (D.I. 407, 411, 413 and 415) is extended to December 10, 2021 and supporting papers (D.I. 408-409 and 416-420 and any excerpted versions) is extended to January 25, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadlines for the parties to file public versions of their summary judgment and *Daubert* opposition and reply filings, which are due on December 28, 2021 and January 21, 2022 respectively, are extended to January 25, 2022.

/s/ Renée Mosley Delcollo
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Plaintiffs*

/s/ Melanie K. Sharp
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

*Attorneys for Defendant*

SO ORDERED this _____ day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE