IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSMEX CORPORATION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 19-1642-RGA-CJB |
| BECKMAN COULTER, INC., | : |
| Defendant. | : |

**ORDER**

This **19th** day of January 2022, upon consideration of the Magistrate Judge's Report and Recommendation dated January 4, 2022 (D.I. 433), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 433) is **ADOPTED**.

2. Plaintiffs' Motion to Dismiss Fifth Counterclaim and to Strike Defendant's Sixth Affirmative Defense (D.I. 310) is **DENIED**.

/s/ Richard G. Andrews
United States District Judge