

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

May 13, 2022

**BY CM/ECF**
The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Sysmex Corp. et al v. Beckman Coulter, Inc.*,
             C.A. No. 19-1642-JFB-CJB

Dear Judge Burke:

      Sysmex respectfully requests that the Court authorize the attached juror questionnaire to be sent to the prospective jurors in advance of trial. The parties have conferred and BCI has advised that it does not oppose Sysmex's request but does not join it. To the extent the Court permits the use of this attached questionnaire, the parties will work with juror services to provide sufficient copies to be provided to prospective jurors.

                                    Respectfully,

                                      */s/ Kelly E. Farnan*

                                      Kelly E. Farnan (#4395)

cc:    All Counsel of Record (via CM/ECF)