**PROPOSED JUROR QUESTIONNAIRE**

The questionnaire below has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely, and provide the response in the enclosed envelope. This information will not be used for any other purpose except to select a jury.

## JUROR QUESTIONNAIRE

Full Name _____

1. What is your marital status?

    ☐ Single            ☐ Married        ☐ Divorced/Separated
    ☐ Living with Partner    ☐ Widowed

2. What is the highest level of education you have earned and what degrees if any, have you achieved?
    _____

3. Are you currently: (Check one)

    Employed _____        Retired _____        Unemployed and looking for work _____

    Unemployed and not looking for work _____        Self-employed _____

    Student _____      Disabled _____      Homemaker _____

    Other (please specify) _____

4. If employed, what is your current occupation:_____

    Name of Employer: _____ Since: _____

    How many employees does your current employer have? _____

5. If you are not presently employed, and you have previously been employed, describe your last employment, including the name of your employer, the length of time you worked there, and the nature of your job.
    _____

6. Have you or your spouse or partner ever owned your own business?   ☐ Yes      ☐ No

    If YES, please describe the business and when it was owned:
    _____

7. Have you, any member of your immediate family, or anyone else close to you ever taken any courses in, had any training in, or had any work experience in any of the following industries/fields: (Check all that apply)
    Biology ☐   Blood or body fluid analysis ☐   Medical devices ☐ Healthcare ☐
    Computer design/programming ☐  Other scientific/engineering ☐ Patents, Copyrights, or Trademarks ☐
    Economics/Finance/Accounting ☐ Product research and development    ☐

    If YES, please describe. If you were employed in any of the above industries/fields, please identify the employer:
    _____

8.  Have you ever been a plaintiff or a defendant in a civil lawsuit or criminal action? ☐ Yes   ☐ No

If YES, please explain, including whether you received a damages award from a lawsuit that you filed:
_____

9.  Do you have any other experience in law or the court system? (Including whether you have ever served on a jury or grand jury or whether you have ever been a witness in court) ☐ Yes ☐ No

If YES, please explain. If you have served on a jury before, include whether you were a foreperson, whether you deliberated to a verdict, and whether the trial was civil or criminal:
_____

10. Do you, any member of your immediate family, or anyone else close to you work in the legal profession in any capacity? ☐ Yes   ☐ No

If YES, please identify the employer and job title:
_____