# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSMEX CORPORATION and SYSMEX AMERICA, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BECKMAN COULTER, INC., <br><br> Defendant. | C.A. No.: 19-1642-JFB-CJB <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATION PURSUANT TO D. DEL. LOCAL RULE 7.1.1

Pursuant to D. Del. Local Rule 7.1.1, counsel for Plaintiffs has conferred with counsel for Defendant regarding the relief sought in Plaintiffs' Motion to Strike Untimely Written Description Defenses. Defendant opposes the motion.

OF COUNSEL:

James R. Sobieraj
Robert S. Mallin
Mark H. Remus
Joshua H. James
Crowell & Moring
455 North Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611-5599

Alexis White
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595

Dated: June 21, 2022

/s/ Renée Mosley Delcollo
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Plaintiffs Sysmex Corporation and Sysmex America, Inc.*